UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BYRON SHANNON )
    Plaintiff, )
     )     GENERAL DOCKET
v. )     No. 3:13-mc-0083
     )     Judge Sharp
LT. DON McLEOD, et al. )
    Defendants. )

## O R D E R

The Court has before it a *pro se* prisoner Motion for Preliminary Injunction (Docket Entry No. 1) and a Motion for Temporary Restraining Order (Docket Entry No. 2). The plaintiff has neglected, however, to either pay the fee required for the filing of the Motions ($400.00) or submit a properly completed application to proceed in forma pauperis.

Accordingly, the plaintiff is hereby GRANTED thirty (30) days from the date of entry of this order on the docket in which to either pay the civil filing fee of four hundred dollars ($400.00) or submit an application to proceed in forma pauperis along with a certified copy of his inmate trust account statement for the previous six month period. 28 U.S.C. § 1915(a)(2). For his convenience, the Clerk will provide the plaintiff with a blank application to proceed in forma pauperis along with a copy of Administrative Order No. 93.

The plaintiff is forewarned that, should he fail to comply with these instructions within the specified period of time, the Court will presume that he is not a pauper, assess the filing fee and order its collection from his inmate trust account, and dismiss the instant action for want of prosecution. McGore v. Wrigglesworth, 114 F.3d 601, 606 (6th Cir. 1997).

It is so ORDERED.

_____
Kevin H. Sharp
United States District Judge